1  ROBERT S. LAWRENCE (State Bar No. 207099)
   COLLETTE ERICKSON FARMER & O'NEILL LLP
2  235 Pine Street, Suite 1300
   San Francisco, California 94104
3  Telephone: (415) 788-4646
   Fax No.: (415) 788-6929
4
   TIMOTHY J. CAREY
5  DAVID W. PORTEOUS
   GARDNER CARTON & DOUGLAS LLP
6  191 N. Wacker Drive – Suite 2900
   Chicago, IL 60606
7  Telephone: (312) 569-1000
   Fax No.: (312) 569-1415
8  (Pro Hac Vice Application Pending)

9  Attorneys for Defendants
   ROBERT JOSEPH BEASLEY and
10 LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COMMODITIES FUTURES TRADING COMMISSION, | Case No. C 05-02142 PJH |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS ROBERT JOSEPH BEASLEY'S AND LONGBOAT GLOBAL FUNDS MANAGEMENT LLC'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR STATUTORY RESTRAINING ORDER PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF** |
| v. | |
| ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC; | |
| Defendants. | AND ORDER |

Plaintiff Commodities Futures Trading Commission ("CFTC") and Defendants Robert Joseph Beasley and Longboat Global Funds Management LLC (collectively "Defendants") hereby agree and stipulate that Defendants' time to respond to the CFTC's Motion For Statutory Restraining Order Preliminary Injunction And Other Equitable Relief (the "Motion"), presently scheduled for hearing on July 13, 2005, is extended to June 29, 2005, and the time for the CFTC to reply in support of its Motion is extended to July 6, 2005.

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE STREET #1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION

BERX 9.1

1  Dated: June 16, 2005           COMMODITIES FUTURES TRADING COMMISSION
2
3                                 _____
                                   Allison Lurton
4                                  Attorney for Plaintiffs

5  Dated: June 16, 2005           COLLETTE ERICKSON FARMER & O'NEILL LLP
6
7                                 _____
8                                  Robert S. Lawrence
                                   Attorney for Defendants
9                                  Robert Joseph Beasley
                                   Longboat Global Funds Management, LLC
10
11        IT IS SO ORDERED.
12
13                                _____
                                   Judge, District Court
14
15  CH01/ 12429404.1
16
17
18
19
20
21
22
23
24
25
26
27
28

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE STREET #1300
SAN FRANCISCO, CA 94104
(415) 788-4646

2

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION

BERX 9.1

## PROOF OF SERVICE

Case Name:       Commodities Futures Trading Commission v. Robert J. Beasley, et al.
Court Case No.:  C 05-02142 PJH

I am employed in the City and County of San Francisco, California. I am over the age of eighteen (18) years and am not a party to the within cause; my business address is 235 Pine Street, Suite 1300, San Francisco, California 94104. On the date hereon, I served the foregoing document, described as:

**STIPULATION TO EXTEND DEFENDANTS ROBERT JOSEPH BEASLEY'S AND LONGBOAT GLOBAL FUNDS MANAGEMENT LLC'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR STATUTORY RESTRAINING ORDER PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF**

on the following:

SEE THE ATTACHED SERVICE LIST

  __X__ **(By Mail)** By causing a true copy of said document(s), enclosed in a sealed envelope addressed as above and with postage thereon fully prepaid, to be placed in United States mail at San Francisco, California.

  _____ **(By Federal Express)** By causing a true copy of said document(s), enclosed in appropriate packaging and addressed as above and with delivery fee thereon fully prepaid, to be delivered to a Federal Express station, where said package was routinely accepted for next-day delivery.

  _____ **(By Personal Service)** By causing a true copy of said document(s), enclosed in a sealed envelope and addressed as above, to be hand-delivered.

  _____ **(By Fax)** By causing a true copy of said document(s) to be transmitted by facsimile copying machine to the telephone numbers known by or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/persons/firms listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 17, 2005**, at San Francisco, California.

_____
TAHLISE M. HINES

## SERVICE LIST

Allison Lurton, Esq.
Karen Kenmotsu, Esq.
Gretchen Lowe, Esq.
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581

Timothy J. Carey, Esq.
David W. Porteous, Esq.
Gardner Carton & Douglas LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606