UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

    v.

ROBERT JOSEPH BEASLEY, et al.,

    Defendants.
_____/

No. C 05-2142 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the parties' stipulation granting defendants until June 29, 2005 to file their opposition to plaintiff's motion for preliminary injunction and plaintiff until July 6, 2005 to file its reply, the hearing on the motion for preliminary injunction, which was previously set for July 13, 2005, at 9:00 a.m., has been CONTINUED to July 20, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** PAPER COPY OF EACH DOCUMENT TO CHAMBERS, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the court no later than 4:30 p.m. the day before the hearing.

IT IS SO ORDERED.

Dated: June 21, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge