1  ROBERT S. LAWRENCE (State Bar No. 207099)
   COLLETTE ERICKSON FARMER & O'NEILL LLP
2  235 Pine Street, Suite 1300
   San Francisco, California 94104
3  Telephone: (415) 788-4646
   Fax No.: (415) 788-6929
4
   TIMOTHY J. CAREY
5  DAVID W. PORTEOUS
   GARDNER CARTON & DOUGLAS LLP
6  191 N. Wacker Drive – Suite 2900
   Chicago, IL 60606
7  Telephone: (312) 569-1000
   Fax No.: (312) 569-1415
8  (Pro Hac Vice Application Pending)

9  Attorneys for Defendants
   ROBERT JOSEPH BEASLEY and
10 LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14 | COMMODITIES FUTURES TRADING      | Case No. C 05-02142 PJH
   | COMMISSION,                      |
15 |                                  |
   |        Plaintiff,                | STIPULATION TO EXTEND
16 |                                  | SCHEDULING OF THE HEARING ON
   | v.                               | AND BRIEFING OF DEFENDANTS'
17 |                                  | MOTION TO DISMISS OR FOR MORE
   | ROBERT JOSEPH BEASLEY AND        | DEFINITE STATEMENT; AND ORDER
18 | LONGBOAT GLOBAL FUNDS            |
   | MANAGEMENT, LLC;                 |
19 |                                  |
   |        Defendants.               |
20

21

22       Plaintiff Commodities Futures Trading Commission ("Plaintiff") and Defendants Robert

23 Joseph Beasley and Longboat Global Funds Management LLC (collectively "Defendants")

24 hereby agree and stipulate to extend the scheduling of the hearing on and briefing of Defendants'

25 Motion to Dismiss or For More Definite Statement (the "Motion"), presently scheduled for

26 August 24, 2005 as follows: the hearing on the Motion should be rescheduled to September 14,

27 2005 at 9:00 A.M., Plaintiff's time to respond to Defendants' Motion should be extended until

28 August 24, 2005 and Defendants' reply in support of the Motion should be due August 31, 2005.

---

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER DR.
CHICAGO, IL 60606
(312) 569-1000

STIPULATION TO EXTEND SCHEDULING OF THE HEARING FOR AND BRIEFING OF
DEFENDANTS' MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT

BERX 9.1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2005 | COMMODITIES FUTURES TRADING COMMISSION |
| 2 | | |
| 3 | | /s/ Allison Lurton<br>Allison Lurton<br>Attorney for Plaintiffs |
| 4 | | |
| 5 | Dated: July 26, 2005 | GARDNER CARTON & DOUGLAS LLP |
| 6 | | |
| 7 | | /s/ David W. Porteous<br>David W. Porteous |
| 8 | | Attorney for Defendants<br>Robert Joseph Beasley |
| 9 | | Longboat Global Funds Management, LLC |

IT IS SO ORDERED.

8/11/05

_____
Judge, District Court

CH01/ 12429404.2

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER DR.
CHICAGO, IL 60606
(312) 569-1000

2

STIPULATION TO EXTEND SCHEDULING OF THE HEARING FOR AND BRIEFING OF
DEFENDANTS' MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT

BERX 9.1