ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Fax No.: (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendants
ROBERT JOSEPH BEASLEY and
LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITIES FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** AND ORDER |

    Plaintiff Commodities Futures Trading Commission ("Plaintiff") and Defendants Robert Joseph Beasley and Longboat Global Funds Management LLC (collectively "Defendants") hereby agree and stipulate to reschedule the Case Management Conference, presently scheduled for September 22, 2005 pursuant to this Court's original Order Setting Case Management Conference, filed June 1, 2005 (the "June 1st Scheduling Order"). In light of the fact that the First Amended Complaint is not yet due to be filed until October 3, 2005 and Defendants' response thereto is not due until November 2005, the present scheduling of the Case

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER DR.
CHICAGO, IL 60606
(312) 569-1000

2

STIPULATION TO EXTEND SCHEDULING OF THE CASE MANAGEMENT CONFERENCE

BERX 9.1

Management Conference is pre-mature. Accordingly, the Case Management Conference is rescheduled until December 15, 2005, at 2:30 P.M. in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Ave., San Francisco, California. Other than the scheduling for the Case Management Conference, all other aspects of the June 1st Scheduling Order shall remain in effect.

Dated: September 9, 2005     COMMODITIES FUTURES TRADING COMMISSION

/s/ Allison Lurton
Allison Lurton
Attorney for Plaintiffs

Dated: September 9, 2005     GARDNER CARTON & DOUGLAS LLP

/s/ David W. Porteous
David W. Porteous
Attorney for Defendants
Robert Joseph Beasley
Longboat Global Funds Management, LLC

IT IS SO ORDERED.

9/12/05

Hon. Phyllis J. Hamilton

CH01/ 12429404.2

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER DR.
CHICAGO, IL 60606
(312) 569-1000

3
STIPULATION TO EXTEND SCHEDULING OF THE CASE MANAGEMENT CONFERENCE
BERX 9.1