1  Allison Lurton, VA Bar No. 39029
   Gretchen Lowe, DC Bar No. 421995
   Commodity Futures Trading Commission
2  1155 21st St., NW
   Washington, DC  20581
3  202-418-5349 (Lurton)
   202-418-5370 (Lowe)
4  202-418-5538 (fax)
   alurton@cftc.gov
5

6
                           United States District Court
7                         Northern District of California
                             San Francisco Division
8

9
                                              )   Case No.: No. 05-2142 PJH
   Commodity Futures Trading Commission,      )
10                                             )   Stipulated Request for Order to Reschedule
              Plaintiff,                      )   Hearing on Defendants' Motion To Dismiss to
11                                             )   January 25, 2006
       vs.                                    )
12                                             )
                                              )
   Robert Joseph Beasley, Longboat Global     )
13                                             )
                                              )
   Funds Management, LLC,                     )
14                                             )
                                              )
              Defendant                       )
15

16
          Pursuant to L.R. 6-1(b) and L.R. 6-2, the plaintiff, Commodity Futures Trading
17
   Commission, defendants, Robert Joseph Beasley and Longboat Global Funds Management,
18
   LLC, submit this stipulated request for an order to reschedule the hearing on Defendants' motion
19
   to dismiss.  Pursuant to L.R. 6-2(a), and in support of this stipulated request, plaintiff's counsel,
20
   Allison Lurton, submits the attached declaration.
21
          For the reasons set forth in the attached declaration, the parties respectfully request an
22
   order rescheduling the hearing on Defendant's motion to dismiss, presently scheduled for
23
   December 21, 2005, to January 25, 2006.
24

25

Dated this 29th day of November, 2005

   /s/  Allison P. Lurton
Allison P. Lurton
Attorney for Plaintiff,
Commodity Futures Trading
Commission

   /s/ David W. Porteous
David W. Porteous
Attorney for Defendants
Robert Joseph Beasley
Longboat Global Funds
Management, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED,

12/1/05
_____  /   /

Hon. Phyllis J. Hamilton

Allison Lurton, VA Bar No. 39029
Gretchen Lowe, DC Bar No. 421995
Commodity Futures Trading Commission
1155 21st St., NW
Washington, DC  20581
202-418-5349 (Lurton)
202-418-5370 (Lowe)
202-418-5538 (fax)
alurton@cftc.gov

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Joseph Beasley, Longboat Global Funds Management, LLC,<br><br>Defendant | Case No.: No. 05-2142 PJH<br><br>Declaration in Support of Stipulated Request for Order to Reschedule Hearing on Defendants' Motion To Dismiss to January 25, 2006 |

In support of the parties' Stipulated Request for Order to Reschedule Hearing on Defendants' Motion To Dismiss to January 25, 2006, Allison Lurton, Counsel for Plaintiff, Commodity Futures Trading Commission, declares as follows:

1. On October 3, 2005, the Plaintiff, Commodity Futures Trading Commission ("Commission"), filed its amended complaint in this action.

2. On November 8, 2005, Defendants Robert Joseph Beasley and Longboat Global Funds Management, LLC filed a motion to dismiss the amended complaint pursuant to Fed.R.Civ.P. 12(b)(6) and 12(f) and scheduled it for hearing on December 21, 2005 at 9:00 a.m.

3.      The Commission intends to file an opposition to the Defendants motion but is unable to complete its opposition by 21 days before the hearing, as required by L.R. 7-3(a). Plaintiff's counsel has been unable to complete the opposition due to work in other cases, including a preliminary injunction hearing that took place on November 22, 2005, in <u>Comm. Fut. Trad. Comm. v. American Derivatives et al.</u>, Case No. 05-2492 (N.D. Ga.).  Plaintiff's counsel anticipates needing only minimal additional time to complete the opposition.

4.      On November 28, 2005, I contacted counsel for Defendants, David Porteous, to inquire about rescheduling the hearing set for December 21, 2005, to allow the parties additional time to complete the opposition and reply.  Mr. Porteous indicated that he would stipulate to move the hearing date to a date that was mutually agreeable, and would provide enough time for him to prepare and file the Defendants' anticipated reply brief 14 days prior to the hearing date.

5.      I also conferred with Mr. Porteous concerning the parties' interest in re-scheduling the hearing to a date in January when the parties could address both the hearing on the motion to dismiss and the pending case management conference, currently scheduled for December 15, 2005.  By January, the parties believe that additional progress will have been made by the Temporary Receiver in this case, aiding the parties in their required disclosures and in streamlining the issues in this case.  Counsel for Plaintiff and Defendants both believe that moving the hearing on the motion to dismiss and the case management conference to January 25th will be a more efficient use of judicial resources.

6.      Accordingly, the parties respectfully request that the hearing on Defendants' motion to dismiss be rescheduled from December 21, 2005 to January 25, 2006.

7.       Previous time modifications in this case include the rescheduling of the case management conference from September 22, 2005, to December 15, 2005 and the extension of the deadline by which the parties are to complete mediation from December 15, 2005 to February 15, 2006.

8. At this time, the request to reschedule the hearing is not expected to impact in a significant way the schedule of this case.  While the parties are asking that this hearing date and the case management conference date be rescheduled, the parties believe that the change will make the hearing and the conference more meaningful and productive because the parties expect to have more information at that time.  For this reason, I do not believe that the overall impact on the schedule in this case will be significant.

Dated this 29th day of November, 2005

/s/ Allison P. Lurton
Allison P. Lurton
Counsel for Commodity
Futures Trading Commission