Allison Lurton, VA Bar No. 39029
Gretchen Lowe, DC Bar No. 421995
Commodity Futures Trading Commission
1155 21st St., NW
Washington, DC  20581
202-418-5349 (Lurton)
202-418-5370 (Lowe)
202-418-5538 (fax)
alurton@cftc.gov

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Commodity Futures Trading Commission, | ) Case No.: No. 05-2142 PJH |
| Plaintiff, | ) Stipulated Request for Order to Reschedule Case Management Conference to January 25, 2006 |
| vs. | ) |
| Robert Joseph Beasley, Longboat Global Funds Management, LLC, | ) |
| Defendant | ) |

Pursuant to L.R. 6-1(b) and L.R. 6-2, the plaintiff, Commodity Futures Trading Commission, defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, submit this stipulated request for an order to reschedule the case management conference for January 25, 2006.  Pursuant to L.R. 6-2(a), and in support of this stipulated request, plaintiff's counsel, Allison Lurton, submits the attached declaration.

For the reasons set forth in the attached declaration, the parties respectfully request an order rescheduling the case management conference, presently scheduled for December 15, 2005, to January 25, 2006.

|   |   |
|---|---|
| 1 |   |
| 2 | Dated this 29th day of November, 2005 |
| 3 | /s/  Allison P. Lurton |
|   | Allison P. Lurton |
| 4 | Attorney for Plaintiff, |
|   | Commodity Futures Trading |
| 5 | Commission |

Dated this 29th day of November, 2005

    /s/  Allison P. Lurton
Allison P. Lurton
Attorney for Plaintiff,
Commodity Futures Trading
Commission

    /s/ David W. Porteous
David W. Porteous
Attorney for Defendants
Robert Joseph Beasley
Longboat Global Funds
Management, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED,

12/1/05       /  /

Hon. Phyllis J. Hamilton

Allison Lurton, VA Bar No. 39029
Gretchen Lowe, DC Bar No. 421995
Commodity Futures Trading Commission
1155 21st St., NW
Washington, DC  20581
202-418-5349 (Lurton)
202-418-5370 (Lowe)
202-418-5538 (fax)
alurton@cftc.gov

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Commodity Futures Trading Commission, | Case No.: No. 05-2142 PJH |
| Plaintiff, | Declaration in Support of Stipulated Request for Order to Reschedule Case Management Conference to January 25, 2006 |
| vs. | |
| Robert Joseph Beasley, Longboat Global Funds Management, LLC, | |
| Defendant | |

In support of the parties' Stipulated Request for Order to Reschedule Case Management Conference to January 25, 2006, Allison Lurton, Counsel for Plaintiff, Commodity Futures Trading Commission, declares as follows:

1. On June 1, 2005, the Court set an initial case management conference in this case for September 22, 2005.

2. On September 9, 2005, the parties filed a stipulated request for the Court to order the rescheduling of the case management conference to December 15, 2005.  The parties request was based upon the fact that the amended complaint was not due to the Court until after the case

Stipulated Request to Re-Schedule Case Management Conference  -  3

1  management conference and, therefore, the parties believed that the conference would be
2  premature.
3     2.   On September 12, 2005, the Court entered an order rescheduling the case
4  management conference for December 15, 2005.
5     3.   The parties believe that a case management conference would still be premature
6  in this case if held in December.  Specifically, the parties believe that the Temporary Receiver
7  will provide valuable information to the parties concerning the assets at issue in this case and that
8  such information will be useful in creating a schedule for this case.  The parties believe that
9  postponing the conference will allow the Temporary Receiver additional time in which to gather
10 information and potentially allow the parties to better inform the Court as to an appropriate
11 schedule.
12    4.   Furthermore, on November 29, 2005, the parties filed a stipulated request for a
13 Court order rescheduling the hearing on Defendants' motion to dismiss, presently scheduled for
14 December 21, 2005, to January 25, 2006.  The parties believe that the most efficient way of
15 proceeding in this case would be to conduct the hearing on Defendants' pending motion to
16 dismiss on the same day as the case management conference.
17    6.   Accordingly, the parties respectfully request that the case management conference
18 be rescheduled from December 15, 2005 to January 25, 2006.
19    7.    As indicated in paragraph 2 above, previous time modifications in this case
20 include the rescheduling of the case management conference from September 22, 2005, to
21 December 15, 2005.  Also, the Court previously extended the deadline by which the parties are
22 to complete mediation from December 15, 2005 to February 15, 2006.
23    8.   This request to reschedule the case management conference is expected to aid the
24 parties in the overall determination for a schedule for this case.  For this reason, the requested
25 rescheduling is not expected to negatively impact in a significant way the schedule of this case.

1
2  Dated this 29th day of November, 2005
3
      /s/ Allison P. Lurton
    Allison P. Lurton
    Counsel for Commodity
4     Futures Trading Commission

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25