ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Fax No.: (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendant
ROBERT JOSEPH BEASLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>**Stipulated Request for Order to Reschedule the Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership to March 1, 2006** |

Pursuant to L.R. 6-1(b) and L.R. 6-2, the defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, plaintiff, Commodity Futures Trading Commission, and the Temporary Receiver, Robb Evans & Associates, submit this stipulated request for an order to reschedule the Case Management Conference and the hearing on the Petition for Instructions and Report of Assets of the Receivership for March 1, 2006. Pursuant to L.R. 6-2(a), and in support of this stipulated request, defendants' counsel, David W. Porteous, submits the attached declaration.

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

1

Stipulated Request to Reschedule Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership

BERX 9.1

For the reasons set forth in the attached declaration, the parties respectfully request that the Court enter an order rescheduling the Case Management Conference and hearing on the Petition for Instructions and Report of Assets of the Receivership, presently scheduled for January 25, 2006, to March 1, 2006.  Further thereto, the parties request that the Court order that any objections to the Petition for Hearing be filed on or before January 27, 2006 and that the Receiver's Reply in Support of its Petition shall be due on or before February 3, 2006.

Dated: January 13, 2006

/s/ David W. Porteous
Timothy J. Carey
David W. Porteous
Attorney for Defendant
Robert Joseph Beasley

/s/ Allison P. Lurton
Attorney for Plaintiff
Commodity Futures Trading
Commission

/s/ Linda Candler
Attorney for
The Temporary Receiver
Robb Evans & Associates

PURSUANT TO STIPULATION, IT IS SO ORDERED,

1/19/06   /   /

_____
Hon. Phyllis J. Hamilton

2

Stipulated Request to Reschedule Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

BERX 9.1

ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Fax No.: (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendant
ROBERT JOSEPH BEASLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>**Declaration in Support of Stipulated Request for Order to Reschedule The Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership to March 1, 2006** |

In support of the parties' Stipulated Request for Order to Reschedule the Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership to March 1, 2006, David W. Porteous, Counsel for Defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, declares as follows:

1. On June 1, 2005 the Court set an initial case management conference in this case for September 22, 2005.

2. On September 9, 2005, the parties filed a stipulated request for the Court to order the rescheduling of the Case Management Conference to December 15, 2005. The parties' request was based upon the fact that the amended complaint was not due to the Court until after

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

3

Stipulated Request to Reschedule Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership

BERX 9.1

1  the Case Management Conference and, therefore, the parties believed that the conference would
2  be premature.
3      3.    On September 6, 2005, the Court entered an order granting Defendants' Motion to
4  Dismiss the initial Complaint and directing Plaintiff to file an amended complaint.
5      4.    On September 12, 2005, the Court entered an order rescheduling the Case
6  Management Conference for December 15, 2005.
7      5.    On October 3, 2005, Plaintiff filed its Amended Complaint.
8      6.    On November 8, 2005, Defendants filed their motion to dismiss the Amended
9  Complaint. The hearing on that Motion is presently scheduled for January 25, 2006.
10     7.    On November 29, 2005, the parties filed a stipulated request for the Court to order
11 the rescheduling of the case management conference to January 25, 2006. The parties request
12 was based upon the parties' belief that postponing the conference would allow the Temporary
13 Receiver ("Receiver") additional time in which to gather information and potentially allow the
14 parties to better inform the Court as to an appropriate litigation schedule.
15     8.    On December 1, 2005, the Court entered an order rescheduling the Case
16 Management Conference for January 25, 2006.
17     9.    On December 14, 2005, the Temporary Receiver ("Receiver") filed its Petition for
18 Instructions and Report of Assets of Receivership ("Petition"), in which it sought an order
19 authorizing it to file a petition in the United States District Court for the Northern District of
20 Illinois seeking the transfer of the account of Piranha Capital L.P. held with Pershing LLC that is
21 currently subject of an Attachment Order in that district, and to hold all funds transferred as a
22 result of such petition in a trust pending further orders of this court. The hearing on the Petition
23 is presently scheduled for January 25, 2006.
24     10.   Sometime after filing the Petition, the Receiver sent notice of the Petition to each
25 individual investor in the Piranha Capital, LP Fund (the "Fund") to enable them to file objection
26 to the Petition as required pursuant to local rule.

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

4
Stipulated Request to Reschedule Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership

BERX 9.1

11. On January 11, 2006, defendants' counsel was contacted by counsel for certain investors in the Fund (the "Objecting Investors"), who advised that they intended to file an objection to the Petition, but sought additional time in which to do so.

12. Due to a recent, and unavoidable, scheduling conflict that renders Defendants' lead trial counsel unable to attend the Case Management Conference scheduled for January 25, 2006, Defendants requested, and Plaintiff agreed, to extend the scheduled date for the Case Management Conference. In this connection, the parties further agreed that in light of the pending motion to dismiss the Amended Complaint, a Case Management Conference would still be premature in this case if held in January. Also, the Receiver has indicated that it would benefit from additional time to develop issues presented by and to be addressed at the Case Management Conference.

13. Additionally, the Receiver has indicated that it is willing to extend the time in which the Objecting Investors should have in which to file their objection to the Petition, even though this necessitates moving the hearing on the Petition. Both Defendants and the Plaintiff have no objection to the extension the Receiver has proposed with respect to the Petition hearing and briefing related thereto, especially as Defendants and Plaintiff have filed statements of Non-Objection to the Petition.

14. Finally, the parties believe that the most efficient way of proceeding in this case would be to conduct the hearing on the Petition on the same day as the Case Management Conference.

15. Accordingly, the parties respectfully request the following:

    i. That the Case Management Conference and the Petition be rescheduled from January 25, 2006 to March 1, 2006; and

    ii. That the Objecting Investors file any objection to the Petition with the Court on or before January 27, 2006, and that the Receiver's Reply in Support of its Petition shall be due on or before February 3, 2006.

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

5

Stipulated Request to Reschedule Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership

BERX 9.1

16. This request to reschedule the Case Management Conference and Petition is expected to aid the parties overall determination of the appropriate schedule for this case. For this reason, the requested rescheduling is not expected to negatively impact in a significant way the schedule of this case.

Dated: January 13, 2006

/s/ David W. Porteous
Timothy J. Carey
David W. Porteous
Attorney for Defendant
Robert Joseph Beasley

CH01/ 12458752.1

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

6

Stipulated Request to Reschedule Case Management Conference and Hearing on Petition for Instructions and Report of Assets of Receivership

BERX 9.1