ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Fax No.: (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendant
ROBERT JOSEPH BEASLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>Stipulated Request for Order to Extend the Deadline By Which the Parties Must Complete Mediation |

Pursuant to L.R. 6-1(b) and L.R. 6-2, the defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, and the plaintiff, Commodity Futures Trading Commission, submit this stipulated request for an order to change the deadline by which the parties must complete mediation. Pursuant to L.R. 6-2(a), and in support of this stipulated request, defendants' counsel, David W. Porteous, submits the attached declaration.

For the reasons set forth in the attached declaration, the parties respectfully request an order extending the deadline by which the parties must complete mediation, presently scheduled for February 15, 2006 to March 15, 2006.

1
Stipulated Request to Extend Mediation Deadline

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

BERX 9.1

1 | Dated: January 13, 2006

/s/ David W. Porteous
Timothy J. Carey
David W. Porteous
Attorney for Defendant
Robert Joseph Beasley

/s/ Allison P. Lurton
Attorney for Plaintiff
Commodity Futures Trading
Commission

PURSUANT TO STIPULATION, IT IS SO ORDERED,

1/19/06
_____ / /

_____
Hon. Phyllis J. Hamilton

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Fax No.: (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendant
ROBERT JOSEPH BEASLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>Stipulated Request for Order to Extend the Deadline By Which the Parties Must Complete Mediation |

In support of the parties' Stipulated Request for Order to Extend the Deadline by Which the Parties Must Complete Mediation, David W. Porteous, Counsel for Defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, declares as follows:

1. On May 25, 2005, the plaintiff, Commodity Futures Trading Commission (the "Commission") filed this action seeking injunctive and other relief.

2. On August 19, 2005, the Court entered the parties' stipulated Consent Order of Preliminary Injunction and Other Equitable Relief.  Pursuant to the Court's order, Robb Evans & Associates, LLC ("REA") was appointed temporary receiver for defendant, Longboat Global

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

3
Stipulated Request to Extend Mediation Deadline

BERX 9.1

Funds Management, LLC ("Longboat"), solely with respect to matters involving Piranha Capital, LP ("Piranha").

3. In response to the Court's order concerning ADR, the parties selected mediation and proposed to complete the mediation within 90 days of the order, dated September 21, 2005. The deadline by which the parties were to complete mediation was December 21, 2005.

4. On October 20, 2005, the parties conducted a preliminary telephone conference with the Court appointed mediator, Debra Melinkoff. During the preliminary telephone conference the parties discussed with the mediator the difficulty in participating in meaningful settlement discussions until REA has completed preliminary work to identify the nature, location and value of the assets of Piranha. Specifically, the Plaintiff is unable to determine an appropriate settlement position until the assets of Piranha are definitively located and their value determined. The parties informed Ms. Melinkoff that, due to the difficulty in determining a settlement position at this stage, they would be filing a request with the Court seeking an extension of the deadline by which the parties are to complete mediation.

5. On November 2, 2005, the parties filed a stipulated request for an order to extend the deadline by which the parties must complete mediation from December 21, 2005 to February 15, 2006. On November 7, the Court entered an order extending the deadline by which the parties must complete mediation to February 15, 2006.

6. REA is still working to identify the nature, location and value of the assets of Piranha. Further, REA has advised that it would benefit from additional time to enable it to better identify assets so as to render the February 15, 2006 mediation deadline pre-mature.

7. Accordingly, the parties respectfully request that the deadline by which the parties are ordered to complete mediation be extended from February 15, 2006 to March 15, 2006. Furthermore, the parties propose to update the Court at the Case Management Conference as to REA's progress in locating and valuing the assets of Piranha.

8. As indicated in paragraph 5 above, previous time modifications in this case include the extension of the deadline by which the parties are to complete mediation from December 21, 2005 to February 15, 2006. Also, the Court previously rescheduled the case

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

4
Stipulated Request to Extend Mediation Deadline

BERX 9.1

1  management conference form September 22, 2005, to December 15, 2005, and from December

2  15, 2005, to January 25, 2006.

3  Dated: January 13, 2006

/s/ David W. Porteous
Timothy J. Carey
David W. Porteous
Attorney for Defendant
Robert Joseph Beasley

CH01/ 12458754.1

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

5

Stipulated Request to Extend Mediation Deadline

BERX 9.1