ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone:  (415) 788-4646
Fax No.:  (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendant
ROBERT JOSEPH BEASLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>Stipulated Request for Order to Reschedule the Case Management Conference to March 9, 2006 |

Pursuant to L.R. 6-1(b) and L.R. 6-2, the defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC and plaintiff, Commodity Futures Trading Commission, submit this stipulated request for an order to reschedule the Case Management Conference for March 9, 2006.  Pursuant to L.R. 6-2(a), and in support of this stipulated request, defendants' counsel, David W. Porteous, submits the attached declaration.

For the reasons set forth in the attached declaration, the parties respectfully request that the Court enter an order rescheduling the Case Management Conference presently scheduled for March 1, 2006, to March 9, 2006.

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

1
Stipulated Request to Reschedule Case Management Conference

BERX 9.1

1  Dated: February 23, 2006

                                            /s/ David W. Porteous
                                            Timothy J. Carey
                                            David W. Porteous
                                            Attorney for Defendant
                                            Robert Joseph Beasley

                                            /s/ Allison P. Lurton
                                            Attorney for Plaintiff
                                            Commodity Futures Trading
                                            Commission

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2/24/06    / /

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
Stipulated Request to Reschedule Case Management Conference

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

BERX 9.1

ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Fax No.: (415) 788-6929

TIMOTHY J. CAREY
DAVID W. PORTEOUS
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive – Suite 2900
Chicago, IL 60606
Telephone: (312) 569-1000
Fax No.: (312) 569-1415
(Pro Hac Vice)

Attorneys for Defendant
ROBERT JOSEPH BEASLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY AND LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC;<br><br>Defendants. | Case No. C 05-02142 PJH<br><br>**Declaration in Support of Stipulated Request for Order to Reschedule The Case Management Conference to March 9, 2006** |

In support of the parties' Stipulated Request for Order to Reschedule the Case Management Conference to March 9, 2006, David W. Porteous, Counsel for Defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, declares as follows:

1. On January 19, 2006, the Court entered an order rescheduling the Case Management Conference for March 1, 2006.

2. Timothy J. Carey, lead trial counsel for Defendants, is unable to attend in person the March 1, 2006 Case Management Conference in San Francisco due to a scheduling conflict that arose only recently – and after the Court's January 19th Order – so that he will be out of state at that time.

GARDNER CARTON & DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

3
Stipulated Request to Reschedule Case Management Conference

BERX 9.1

3. Accordingly, the parties have conferred and now stipulate to the rescheduling of the Case Management Conference to March 9, 2006 at 2:30 p.m.

4. The parties respectfully request, therefore, that the Case Management Conference be rescheduled from March 1, 2006 to March 9, 2006 at 2:30 p.m.

5. This request to reschedule the Case Management Conference is expected to aid the parties overall determination of the appropriate schedule for this case.  For this reason, the requested rescheduling is not expected to negatively impact in a significant way the schedule of this case.

Dated: February 23, 2006

/s/ David W. Porteous
Timothy J. Carey
David W. Porteous
Attorney for Defendant
Robert Joseph Beasley

GARDNER CARTON &
DOUGLAS LLP
191 N. WACKER – STE. 2900
CHICAGO, IL 60606
(312) 569-1000

4

Stipulated Request to Reschedule Case Management Conference

BERX 9.1