Linda J. Candler, CA Bar No. 181805
Robb Evans and Associates LLC
11450 Sheldon Street
Sun Valley, CA  91352
206-621-7165 (Candler)
818-768-8100 (Receiver)
fax:  206-621-7128 (Candler)
fax:  818-768-8802 (Receiver)
Linda_Candler@robbevans.com

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Joseph Beasley, Longboat Global Funds Management, LLC,<br><br>Defendants | Case No.: No. 05-2142 PJH  (EDL)<br><br>Temporary Receiver's Motion to Reschedule Hearing on Temporary Receiver's Motion to Compel Discovery<br><br>& ORDER |

Pursuant to L.R. 6-1(b) and L.R. 6-3,  the Temporary Receiver, Robb Evans and Associates, LLC, submits this Motion for an Order to reschedule the hearing on the Temporary Receiver's Motion to Compel Discovery, currently scheduled for June 27, 2006, before Magistrate Judge Elizabeth D. Laporte to August 1, 2006.  This request is made to allow the Temporary Receiver and the Defendants additional time to voluntarily resolve the issues raised in the Temporary Receiver's Motion.   In support of this request, the Temporary Receiver's counsel, Linda Candler, submits the attached declaration.

For the reasons set forth in the attached declaration, the Temporary Receiver respectfully requests an order rescheduling the Motion to Compel Discovery hearing, presently scheduled for

1  June 27, 2006, to August 1, 2006.  If the parties are able to resolve the disputed issues prior to
2  that date, the Temporary Receiver will so advise the Court and withdraw its Motion.

Dated this 16th day of June, 2006

*Linda Candler*

Linda J. Candler
Attorney for Temporary
Receiver Robb Evans and
Associates LLC

IT IS SO ORDERED.

DATE: June 19, 2006

_____ / /

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

Linda J. Candler, CA Bar No. 181805
Robb Evans and Associates LLC
11450 Sheldon Street
Sun Valley, CA  91352
206-621-7165 (Candler)
818-768-8100 (Receiver)
fax:  206-621-7128 (Candler)
fax:  818-768-8802 (Receiver)
Linda_Candler@robbevans.com

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Commodity Futures Trading Commission, | Case No.: No. 05-2142 PJH (EDL) |
| Plaintiff, | Declaration in Support of Stipulated Request for Order to Reschedule Motion to Compel |
| vs. | |
| Robert Joseph Beasley, Longboat Global Funds Management, LLC, | |
| Defendants. | |

In support of the Temporary Receiver's Motion for an Order to Reschedule the hearing on the Temporary Receiver's Motion to Compel Discovery, set for June 27, 2006 before Magistrate Judge Elizabeth D. Laporte, Linda Candler, Counsel for the Temporary Receiver, Robb Evans and Associates, LLC, declares as follows:

1. Since the Temporary Receiver's Motions were filed, I have been conferring with David Porteous, counsel for the defendants, in an effort to resolve the issues raised in the Temporary Receiver's Motion.

2. The defendants, through counsel, have produced some documents, and discussions are ongoing with respect to other items requested by the subpoena, including the production of additional documents and setting a date for Mr. Beasley's deposition. I believe that additional time is needed to attempt to resolve these issues voluntarily.

Dated this 16th day of June, 2006

*Linda Candler*
Linda Candler
Counsel for Temporary Receiver
Robb Evans and Associates LLC