UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff(s),

    v.

JOSEPH BEASLEY, et al.,

    Defendant(s).
_____/

No. C 05-2142 PJH

**ORDER RE COUNSELS' REQUEST TO WITHDRAW**

Before the court is the request of David Porteous and Timothy Carey, both formerly of Gardner Carton & Douglas, to withdraw from the representation of defendants Beasley and Longboat. The court will not approve the motion to withdraw in the absence of an appearance by the defendants. Accordingly, counsel shall provide notice of the hearing scheduled for August 16, 2006, at 9:00 a.m. to defendants who must appear as well as counsel seeking to withdraw. Beasley must appear in person and Longboat, a corporation, must appear by authorized representative. Of course, both defendants may in the alternative appear by substitute counsel.

**IT IS SO ORDERED.**

Dated: August 11, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge