WILLIAM S. FARMER (State Bar No. 46694)
ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104-2733
Telephone:   415/788-4646
Facsimile:   415/788-6929

Attorneys for Defendants
ROBERT JOSEPH BEASLEY, LONGBOAT
GLOBAL FUNDS MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY, LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC,<br><br>Defendants. | Case No. C-05-2142 PJH<br><br>**STIPULATED REQUEST FOR ORDER TO CONTINUE MEDIATION TO DATE CERTAIN** |

Pursuant to Local Rules 6-1(b) and 6-2, the defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, submit this stipulated request for an order to continue the mediation between the parties, currently scheduled for October 11, 2006, to December 6, 2006. In support of this stipulated request, defendants' counsel, Robert Scott Lawrence, submits the attached declaration.

For the reasons set forth in the attached declaration, the parties respectfully request an order continuing the mediation until December 6, 2006.

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1 | Dated: October 2, 2006                COLLETTE ERICKSON FARMER & O'NEILL LLP

/s/ Robert Scott Lawrence
Robert Scott Lawrence
Attorneys for Defendants
Robert J. Beasley and Longboat Global Funds
Management, LLC

Dated:  October 2, 2006                COMMODITY FUTURES TRADING COMMISSION

/s/ Allison P. Lurton
Allison P. Lurton
Attorney for Plaintiff
Commodity Futures Trading Commission

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October  6   , 2006

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATED REQUEST FOR ORDER TO CONTINUE MEDIATION

BERX 9.1

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646