WILLIAM S. FARMER (State Bar No. 46694)
ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104-2733
Telephone:   415/788-4646
Facsimile:    415/788-6929

Attorneys for Defendants
ROBERT JOSEPH BEASLEY, LONGBOAT
GLOBAL FUNDS MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY, LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC,<br><br>Defendants. | Case No. C-05-2142 PJH<br><br>**CONDITIONALLY STIPULATED REQUEST FOR ORDER TO CONTINUE MEDIATION TO DATE CERTAIN** |
|---|---|

Pursuant to Local Rules 6-1(b) and 6-2, the defendants, Robert Joseph Beasley and Longboat Global Funds Management, LLC, submit this stipulated request for an order to continue the mediation between the parties, currently scheduled for December 6, 2006, to January 15, 2006. In support of this stipulated request, defendants' counsel, Robert Scott Lawrence, submits the attached declaration.

For the reasons set forth in the attached declaration, the parties respectfully request an order continuing the mediation until January 15, 2006.

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1

STIPULATED REQUEST FOR ORDER TO CONTINUE MEDIATION

BERX 9.1

| | |
|---|---|
| Dated: December 5, 2006 | COLLETTE ERICKSON FARMER & O'NEILL LLP |

/s/ Robert Scott Lawrence
Robert Scott Lawrence
Attorneys for Defendants
Robert J. Beasley and Longboat Global Funds
Management, LLC

Dated: December 5, 2006          COMMODITY FUTURES TRADING COMMISSION

/s/ Allison P. Lurton
Allison P. Lurton
Attorney for Plaintiff
Commodity Futures Trading Commission

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 5, 2006

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATED REQUEST FOR ORDER TO CONTINUE MEDIATION

BERX 9.1