WILLIAM S. FARMER (State Bar No. 46694)
ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104-2733
Telephone:    415/788-4646
Facsimile:    415/788-6929

Attorneys for Defendants
ROBERT JOSEPH BEASLEY, LONGBOAT
GLOBAL FUNDS MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH BEASLEY, LONGBOAT GLOBAL FUNDS MANAGEMENT, LLC,<br><br>Defendants. | Case No. C-05-2142 PJH<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, the parties having represented that the matter has provisionally settled subject to final approval by the Commodity Futures Trading Commission, IT IS HEREBY ORDERED that all further proceedings in this matter are stayed pending final approval of the settlement between the parties by the Commission, and the matter is set for a follow-up status conference regarding settlement before the Hon. Phyllis J. Hamilton at 2:30 p.m. ~~a.m./p.m.~~ on May 24, 2007.

Dated: 2/16/07

_____
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

[PROPOSED] ORDER GRANTING STAY AND SETTING STATUS CONFERENCE

COLLETTE ERICKSON FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

BERX 9.1